

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00080-CV

JOSEPH OBLAS, DEREK HUMPHREYS, AND COUNTRY RIDGE NORTH II, LLC                                    APPELLANTS

V.

B BARRON INVESTMENTS, LLC                                    APPELLEE

------------

### FROM THE 16TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 14-08116-16

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered Appellants' "Unopposed Motion And Order To Dismiss With Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  April 9, 2015